UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELAINE JOHNSON,

                Plaintiff,

    -against-

MICHAEL J. ASTRUE, Commissioner
of Social Security,

                Defendant.
------------------------------------------------------------X

07 civ 9294 (JGK)

**ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The Government shall move for judgment on the pleadings by **March 20, 2008.**

The plaintiff shall serve and file a response by **April 10, 2008.** The Government shall serve and file a reply by **April 24, 2008.**

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       February 21, 2008