

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

July 22, 2008

**By Fax**

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

JUL 22 2008

Re: Elaine Johnson v. Astrue
07 Civ. 9294 (JGK)

This Office represents the Commissioner of Social Security, the defendant in this action. We write respectfully, with the consent of plaintiff's counsel, to request an adjournment of the Court's briefing schedule.

Plaintiff has filed a motion for judgment on the pleadings and, under the current schedule, the Government's cross-motion for judgment is due July 24, 2008. The Social Security Administration continues to review this matter, which could result in a change of the defendant's litigation position in this action. Because this matter may be settled without the need for further litigation, we respectfully request that the Court adopt the following proposed briefing schedule:

Defendant will move on or before August 25, 2008

Plaintiff will serve a reply, if any, on or before September 8, 2008.

Defendant will serve a reply, if any, on or before September 22, 2008.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2008

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

7/23/08

Two previous requests for an adjournment of the briefing schedule were granted by the Court. Thank you for your consideration of this request.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
        JOHN E. GURA, JR.
        Assistant United States Attorney
        Telephone: (212) 637-2712
        Fax: (212) 637-2750

cc:    Charles Binder, Esq.
       (By Fax)