

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
ELAINE JOHNSON,                  :
                                 :
            Plaintiff,           :
                                 :
       - v. -                    :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 9294 (JGK)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings.  The Clerk is directed to enter judgment.  See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated:   New York, New York
         August 2J , 2008

                                    BINDER & BINDER, P.C.
                                    Attorneys for Plaintiff

                              By: _____
                                    CHARLES E. BINDER, ESQ.
                                    215 Park Avenue, South 6th Floor
                                    New York, New York  10003
                                    Telephone No.: (212) 677-6699

                                    MICHAEL J. GARCIA
                                    United States Attorney
                                    Southern District of New York
                                    Attorney for Defendant

                              By: _____
                                    JOHN E. GURA, JR.
                                    Assistant United States Attorney
                                    86 Chambers Street - 3rd Floor
                                    New York, New York  10007
                                    Telephone No.: (212) 637-2712
                                    John.Gura@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
       8/27/08