UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELAINE JOHNSON,

                Plaintiff,      07 Civ 9294 (JGK)

-against-                **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of
Social Security,
                Defendant.

-------------------------------------------------------------X

(SCANNED)

(Stamp: U.S. DISTRICT COURT FILED SEP 05 2008 S.D. OF N.Y.)

Whereas, the parties having stipulated to remand this case to the Commissioner, pursuant sentence four of 42 USC Sec. 405(g) for further administrative proceedings, and the Court on August 27, 2008 having issued its Stipulation and Order directing the Clerk to enter judgment remanding this case to the Commissioner for further administrative proceedings and directing the Clerk to enter judgment, it is,

**ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Stipulation and Order dated August 27, 2008, judgment is hereby entered remanding this case to the Commissioner for further administrative proceedings, pursuant to sentence four of 42 USC Sec. 405(g).

**DATED:** NYC,NY

September 5, 2008                **J. MICHAEL MC MAHON**

                                                  **Clerk of Court**

                                                  By: _____

                                                  Deputy Clerk

THIS DOCUMENT WAS F...
ON THE DOCKET ON ___